United States District Court
Southern District of Texas
**ENTERED**
September 26, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Sherry Mazurkiewicz, | § § § | |
| *Plaintiff,* | § § | Case No. 4:21-cv-04224 |
| v. | § § § | |
| Kilolo Kijakazi, Acting Commissioner of Social Security, | § § § § | |
| *Defendant.* | § § | |

## **MEMORANDUM AND RECOMMENDATION**

Before the Court are two motions. Plaintiff Sherry Mazurkiewicz filed a motion for summary judgment seeking reversal and remand of Defendant Commissioner of Social Security's adverse decision. Dkt. 19, 20. In response, the Commissioner filed a motion for reversal and remand of the ALJ's decision. Dkt. 21. The case was referred to the undersigned judge. Dkt. 12.

In her motion for remand, the Commissioner concedes that the ALJ erred by failing to conclude that Ms. Mazurkiewicz's suffered from a "severe" impairment at step two of the five-step evaluation process. *See* Dkt. 21 at 3. The Commissioner also agrees with Ms. Mazurkiewicz that remand for a new hearing is warranted. *See id.* at 2; Dkt. 20 at 16. Under these circumstances, this Court should grant the Commissioner's motion, deny Ms. Mazurkeiwicz's

motion for summary judgment as moot, and remand the case for further proceedings.

## Recommendation

Accordingly, the Court **RECOMMENDS** that Plaintiff's Motion for Summary Judgment (Dkt. 19) be **DENIED AS MOOT**, that Defendant's Motion for Reversal and Remand (Dkt. 21) be **GRANTED**, that the decision of the Commission of the Social Security Administration be **VACATED**, and the matter be **REMANDED** for further proceedings, including the holding of another administrative hearing and issuance of a new decision.

**The parties have fourteen days from service of this Report and Recommendation to file written objections. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). Failure to file timely objections will preclude appellate review of factual findings and legal conclusions, except for plain error.** *Ortiz v. City of San Antonio Fire Dep't*, **806 F.3d 822, 825 (5th Cir. 2015).**

Signed on September 26, 2022, at Houston, Texas.

_____
Yvonne Y. Ho
United States Magistrate Judge