United States District Court
Southern District of Texas
**ENTERED**
October 12, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SHERRY MAZURKIEWICZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:21-CV-04224 |
| | § | |
| KILOLO KIJAKAZI, | § | |
| | § | |
| Defendant. | § | |

## <u>ORDER</u>

Before the Court is United States Magistrate Judge Yvonne Y. Ho's Memorandum and Recommendation filed on September 26, 2022. Doc. #22. The deadline for filing objections has passed, and no objections have been filed. Pursuant to Federal Rule of Civil Procedure 72(b), the Court has reviewed the Memorandum and Recommendation for clear error. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Finding no clear error, the Court adopts the Memorandum and Recommendation in its entirety.

Accordingly, Plaintiff's Motion for Summary Judgment (Doc. #19) is DENIED as moot, Defendant's Motion for Reversal and Remand (Doc. #21) is GRANTED, the Social Security Administration Commissioner's decision is VACATED, and the matter is REMANDED for further administrative proceedings.

It is so ORDERED.

OCT 1 1 2022
_____
Date

_____
The Honorable Alfred H. Bennett
United States District Judge