United States District Court
Southern District of Texas
**ENTERED**
April 11, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SHERRY MAZURKIEWICZ, § § | |
| Plaintiff, § § | |
| VS. § | CIVIL ACTION NO. 4:21-CV-04224 |
| § § | |
| KILOLO KIJAKAZI, § § | |
| Defendant. § | |

## ORDER

Before the Court is United States Magistrate Judge Yvonne Y. Ho's Memorandum and Recommendation filed on March 23, 2023. Doc. #27. The deadline for filing objections has passed, and no objections have been filed. Pursuant to Federal Rule of Civil Procedure 72(b), the Court has reviewed the Memorandum and Recommendation for clear error. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Finding no clear error, the Court adopts the Memorandum and Recommendation in its entirety.

Therefore, Plaintiff Sherry Mazurkiewicz's Motion for Attorneys' fees (Doc. #25) is hereby GRANTED. The Court finds that Plaintiff's requested rates are reasonable. Accordingly, Defendant is ORDERED to pay Plaintiff $5,851.94 in reasonable attorneys' fees.

It is so ORDERED.

4/10/23
Date

The Honorable Alfred H. Bennett
United States District Judge